**Order entered July 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00132-CV

### D. BRENT LEMON, Appellant

### V.

### DANIEL HAGOOD, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-11-03989-E**

## ORDER

We **GRANT** appellant's July 12, 2013 unopposed second motion for an extension of time to file a brief. Appellant shall file his brief on or before August 28, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE